**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **LYDIA GAINES** | * | **CIVIL ACTION NO. 08-0366** |
| **VERSUS** | * | **JUDGE MELANCON** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE METHVIN** |

### JUDGMENT

This matter was referred to United States Magistrate Judge Methvin for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED**, and that Ms. Gaines' case be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 22nd day of September, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE